**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STUDENT DOE**<br><br>*Plaintiff(s)*<br><br>v.<br><br>**NOEM, et al.**<br><br>*Defendant(s)* | Civil Case No. 25-2070 |

## NOTICE

Please be advised that a **STATUS CONFERENCE** before the Honorable Catherine Henry is scheduled for Wednesday, July 9, 2025, at 11:00 a.m. in Chambers, Rm. 5118, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

 *s/Tanya L. Allender*
**TANYA L. ALLENDER**
Courtroom Deputy to Judge Henry
Phone: 610-333-1833

**Date: June 25, 2025**
**Copies sent via ECF notification.**